# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:16-mj-044 BAM |
| MARKEITH CANADY | |
| Defendant. | |

FILED
APR 27 2016
CLERK, U.S. DIST...
EAST... DISTRICT...

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Markeith Canady | |
| Detained at | Fresno County Jail | |
| Detainee is: | a.) | ☒ charged in this district by:  ☐ Indictment  ☐ Information  ☒ Complaint charging detainee with: 18 U.S.C. § 2421; 18 U.S.C. § 1952(a) |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☒ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary on April 27, 2016 for initial appearance in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Kimberly A. Sanchez |
| Printed Name & Phone No: | KIMBERLY A. SANCHEZ |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 4/27/16

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 1302575 | DOB: | 07/15/1982 |
| Facility Address: | Fresno and "M" Streets | Race: | black |
| Facility Phone: | | FBI#: | |
| Currently | | | |

### RETURN OF SERVICE

Executed on: _____

(signature)